**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON**

---------------------------------- x
INDIANA STATE DISTRICT COUNCIL OF
LABORERS AND HOD CARRIERS PENSION
AND WELFARE FUND, on Behalf of Itself and
All Others Similarly Situated,

          Plaintiff,

  v.

OMNICARE, INC., et al.,

          Defendants.

---------------------------------- x

Civil Action No. 2:06-cv-00026-WOB
(Consolidated)

Hon. William O. Bertelsman

CLASS ACTION

ELECTRONICALLY FILED

**NOTICE OF FILING**

Now come Defendants' Omnicare, Inc., Joel F. Gemunder, David W. Froesel, Jr., Cheryl D. Hodges, Edward L. Hutton and Sandra E. Laney, by and through counsel, hereby file the attached Proposed Order, relating to Defendants' Motion For Leave To File Response To Assertions First Raised In Plaintiffs' Reply Brief On Their Motion To Add, Or In The Alternative, To Intervene An Additional Named Plaintiff, Docket Number 89.

Dated: September 4, 2007

                                        Respectfully submitted,

                                        s/ Wm. T. Robinson III
                                        Wm. T. Robinson III
                                        Stephen M. Gracey
                                        **FROST BROWN TODD LLC**
                                        2200 PNC Center
                                        201 East Fifth Street
                                        Cincinnati, Ohio 45202-4182
                                        Office: (513) 651-6800
                                        Fax: (513) 651-6791
                                        wrobinson@fbtlaw.com
                                        sgracey@fbtlaw.com

        and

        Harvey Kurzweil
        Richard W. Reinthaler
        James P. Smith III
        John E. Schreiber
        William T. Conway, III
        Mindy S. Dolgoff
**DEWEY BALLANTINE LLP**
1301 Avenue of the Americas
New York, NY 10019
Office: (212) 259-8000
Fax: (212) 259-6333
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Henry Rosen (henryr@lerachlaw.com)
Darren J. Robbins (e_file_sd@lerachlaw.com)
Jennifer L. Gmitro (jgmitro@lerachlaw.com
LERACH, COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

*Lead Counsel for Plaintiff*

Kevin L. Murphy (kthomas@murphyattorneys.com)
GRAYDON, HEAD & RITCHEY, LLP
2500 Chamber Center Drive, Suite 300
P.O. Box 17070
Ft. Mitchell, KY 41017

*Liason Counsel for Plaintiff*

Marc A. Topaz (ecf_filings@sbclasslaw.com)
Richard A. Maniskas (rmaniskas@sbclasslaw.com)
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff Donna Chi*

        s/ Wm. T. Robinson III