```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2006-26 (WOB)

INDIANA STATE DISTRICT COUNCIL
OF LABORERS AND HOD CARRIERS PENSION
AND WELFARE FUND                                        PLAINTIFFS

VS.                         <u>JUDGMENT</u>

OMNICARE, INC., JOEL GEMUNDER,
DAVID W. FROESEL, JR., CHERYL D.
HODGES, EDWARD L. HUTTON, SANDRA E.
LANEY                                                   DEFENDANTS


Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment be, and is hereby, **ENTERED** in favor of defendants, and the complaint is hereby dismissed.

This 12th day of October, 2007.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge