UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

NORTHERN DIVISION at COVINGTON

| | |
|---|---|
| INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS PENSION AND WELFARE FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>OMNICARE, INC., et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:06-cv-00026-WOB<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

NOTICE OF APPEAL

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff The Laborers District Council Construction Industry Pension Fund, plaintiff Cement Mason's Local 526 Combined Funds (collectively, "Plaintiffs") and proposed Intervenor, Alaska Electrical Pension Fund, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered for defendants on October 12, 2007, and all prior or concurrent orders merged therein.

DATED: November 9, 2007

KEVIN L. MURPHY (KBA #50646)
GRAYDON HEAD & RITCHEY, LLP
207 Grandview Drive, Suite 350
Covington, KY  41017
Telephone:  859/344-0330
859/344-0886 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
HENRY ROSEN
JENNIFER L. GMITRO


s/ HENRY ROSEN
HENRY ROSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHIRLEY H. HUANG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Omnicare\NOT00047017.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2007.

s/ HENRY ROSEN
HENRY ROSEN
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:HenryR@csgrr.com

# Mailing Information for a Case 2:06-cv-00026-WOB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William T. Conway, III**
  wconway@dl.com lpmco@dl.com

- **Mindy S. Dolgoff**
  mdolgoff@dl.com lpmco@dl.com

- **Jennifer L. Gmitro**
  JGmitro@csgrr.com

- **Stephen M. Gracey**
  sgracey@fbtlaw.com

- **Shirley Huang**
  shirleyh@csgrr.com JDecena@csgrr.com

- **Harvey Kurzweil**
  hkurzweil@dl.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Richard A. Maniskas**
  rmaniskas@sbclasslaw.com

- **Kevin L. Murphy**
  kmurphy@graydon.com

- **Richard W. Reinthaler**
  lpmco@dl.com rreinthaler@dl.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **William T. Robinson, III**
  wrobinson@fbtlaw.com

- **Henry Rosen**
  henryr@csgrr.com

- **John E. Schreiber**
  lpmco@dl.com jschreiber@dl.com

- **James P. Smith, III**

    jpsmith@dl.com lpmco@dl.com

- **Marc A. Topaz**
  ecf_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`