**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**Civil Minutes -Settlement Conference**

Covington Civil No. **06-26-WOB-CJS**        at **COVINGTON**        **9/24/2018**

Indiana State District Council of Laborers and Hod Carriers Pension and Welfare Fund v. Omnicare, Inc. et al

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

A settlement conference was held on September 24, 2018 with the following appearances: Henry Rosen, Darren Robbins, and Kevin Murphy, counsel for plaintiffs; John Schreiber, Gerry Dusing, Richard Reinthaler, and Heather Barber, counsel for defendants. The parties were unable to reach a settlement but have agreed to continue negotiations with the Court acting as mediator. Accordingly;

**IT IS ORDERED** that the file is returned to the chambers of Judge William O. Bertelsman for further order.

| TIC | 6 | |