**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Civil Minutes – Telephone Conference**

Covington Civil No. **06-26-WOB-CJS**      at **COVINGTON**           **10/4/2018**

Indiana State District Council of Laborers and Hod Carriers Pension and Welfare Fund v. Omnicare, Inc. et al

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

At the Court's direction a conference call was held on October 4, 2018 with Henry Rosen and Darren Robbins for plaintiffs; John Schreiber for defendants Omnicare, et al. The parties have now reached a settlement in principle and will now begin the process of drafting/exchanging mutually acceptable settlement documents after which a motion for preliminary approval will be filed. The court urges the parties to complete the execution of release documents within 21 days (October 26, 2018). Accordingly;

**IT IS ORDERED** that upon execution of the release documents as more fully discussed during the conference call, counsel shall promptly file a motion for the Court's preliminary approval of the settlement agreement.

| TIC | | 15 |
| --- | --- | --- |