# EXHIBIT A-2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

| | |
|---|---|
| INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS PENSION AND WELFARE FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>OMNICARE, INC., et al.,<br><br>  Defendants. | Civil Action No. 2:06-cv-00026-WOB-CJS<br>**(Consolidated)**<br><br>CLASS ACTION |

PROOF OF CLAIM AND RELEASE

EXHIBIT A-2

**I.    GENERAL INSTRUCTIONS**

1. To recover as a member of the Settlement Class based on your claims in the action entitled *Indiana State District Council of Laborers and Hod Carriers Pension and Welfare Fund v. Omnicare, Inc.*, No. 2:06-cv-00026-WOB (E.D. Ky.) (the "Litigation"), you must complete and, on page __ hereof, sign this Proof of Claim and Release ("Proof of Claim Form"). If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim Form, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement of the Litigation.

2. Submission of this Proof of Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3. **YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM FORM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, ON OR BEFORE [INSERT DATE], ADDRESSED AS FOLLOWS:**

*Omnicare Securities Settlement*
c/o Gilardi & Co. LLC
Claims Administrator
P.O. Box 30224
College Station, TX  77842-3224
Online Submissions:  www.OmnicareSecuritiesSettlement.com

If you are NOT a member of the Settlement Class, as defined in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), DO NOT submit a Proof of Claim Form.

4. If you are a member of the Settlement Class and you do not timely request exclusion in connection with the proposed Settlement, you will be bound by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM FORM.

1489961_3

## II.     CLAIMANT IDENTIFICATION

If you purchased or otherwise acquired the common stock of Omnicare, Inc. ("Omnicare" or the "Company") pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 public offering (the "Offering"), use Part I of this form entitled "Claimant Identification" to list the claimant name, mailing address, and account information if relevant (such as for a claim submitted on behalf of an IRA, Trust, or estate account). Please list the most current claimant or account name as you would like the information to appear on the check, if eligible for payment. Please also provide a telephone number and/or e-mail address, as the Claims Administrator may need to contact you with questions about the claim submitted. If your Claimant Identification information changes, please notify the Claims Administrator in writing at the address above.

If you are acting in a representative capacity on behalf of a Settlement Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents or other documents which provide you with the authority to submit the claim. Please also indicate your representative capacity under your signature on page ___ of this Proof of Claim Form.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files. If you have a large number of transactions and wish to file your claim electronically, you must contact the Claims Administrator at edata@gilardi.com to obtain the required file layout.

1489961_3

### III. CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Omnicare Common Stock" to supply all required details of your transaction(s) in Omnicare common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to ***all*** of your purchases or acquisitions of Omnicare common stock pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 Offering and subsequent sale(s) of such stock, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

List these transactions separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

Copies of stockbroker confirmation slips, stockbroker statements, or other documents evidencing your transactions in Omnicare common stock should be attached to your claim. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

NORTHERN DIVISION

*Indiana State District Council of Laborers and Hod Carriers Pension and Welfare Fund v. Omnicare, Inc.*
No. 2:06-cv-00026-WOB

PROOF OF CLAIM AND RELEASE

Must Be Postmarked (if Mailed) or Received (if Filed Electronically) No Later Than:

**[Insert Date]**

Please Type or Print

PART I:   CLAIMANT IDENTIFICATION

_____
Owner's Name (First, Middle, Last)

_____
Street Address

_____         _____
City                             State or Province

_____         _____
Zip Code or Postal Code          Country

                                                    Individual
_____  _____   Corporation/Other
Social Security Number or
Taxpayer Identification Number

_____  _____
Area Code        Telephone Number (work)

_____  _____
Area Code        Telephone Number (home)

_____
E-Mail Address

- 4 -

1489961_3

PART II:    SCHEDULE OF TRANSACTIONS IN OMNICARE COMMON STOCK

    A.    Purchases or acquisitions of Omnicare common stock pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 Offering:

| Trade Date Month Day Year | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price |
|---|---|---|
| 1. _____ | _____ | $_____ |
| 2. _____ | _____ | $_____ |
| 3. _____ | _____ | $_____ |

    B.    Sales of Omnicare common stock purchased or acquired pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 Offering:

| Trade Date Month Day Year | Number of Shares Sold | Total Sale Price |
|---|---|---|
| 1. _____ | _____ | $_____ |
| 2. _____ | _____ | $_____ |
| 3. _____ | _____ | $_____ |

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

**YOUR SIGNATURE ON PAGE __ WILL CONSTITUTE YOUR ACKNOWLEDGMENT OF THE RELEASE.**

## IV. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim Form under the terms of the Stipulation of Settlement dated as of February 5, 2019 ("Stipulation") described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of Kentucky, Northern Division with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim in connection with the purchase or acquisition of Omnicare common stock and know of no other person having done so on my (our) behalf.

## V. RELEASE

1. I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the Released Persons as provided in the Stipulation.

2. "Related Parties" means, with respect to each Released Person, the spouses, immediate family members, heirs, executors, administrators, estates, trustees, current and former parents, subsidiaries, divisions, affiliates, predecessors, successors, joint venturers, principals, partners, directors, officers, employees, controlling shareholders, attorneys, auditors, accountants, investment bankers, underwriters, consultants, insurers, reinsurers, agents and representatives of each of them, any person or entity which is or was related or affiliated with any Released Person or in which any Released Person has a controlling interest, and the respective present and former parents, subsidiaries, divisions, affiliates, predecessors, successors, joint venturers, principals, partners, directors, officers, employees, controlling shareholders, attorneys, auditors, accountants,

1489961_3

investment bankers, underwriters, consultants, insurers, reinsurers, agents and representatives of each of the foregoing.

3. "Released Claims" means any and all rights, liabilities, suits, debts, obligations, demands, damages, losses, judgments, matters, issues, claims (including Unknown Claims as defined below), and causes of action of every nature and description whatsoever, in law or equity, whether accrued or unaccrued, fixed or contingent, liquidated or unliquidated, whether arising under federal, state, local, statutory, common law, foreign law, or any other law, rule, or regulation, and whether class and/or individual in nature, concerning, based on, arising out of, relating to or in connection with both: (i) the purchase or other acquisition of Omnicare common stock by Plaintiffs or any Settlement Class Member pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 offering; and (ii) any of the allegations, transactions, acts, facts, matters, occurrences, disclosures, statements, SEC filings, representations, omissions, or events that were or could have been alleged or asserted in the Litigation. Released Claims do not include claims to enforce the Settlement.

4. "Released Persons" means each and all of the Defendants and their Related Parties.

5. "Unknown Claims" means any of the Released Claims which Plaintiffs or any Settlement Class Member does not know or suspect to exist in such party's favor at the time of the release of the Released Persons, and any of the Defendants' Released Claims that the Released Persons do not know or suspect to exist in his, her or its favor at the time of the release of the Plaintiffs, each and all of the Settlement Class Members and Plaintiffs' Counsel, which, if known by such party, might have affected such party's settlement with and release of the Released Persons or Plaintiffs, each and all of the Settlement Class Members and Plaintiffs' Counsel, or might have affected such party's decision not to object to this Settlement. With respect to any and all Released Claims and the Defendants' Released Claims, upon the Effective Date, Plaintiffs and Defendants shall expressly, and each of the Settlement Class Members and Released Persons shall be deemed to

have, and by operation of the Order and Final Judgment shall have, expressly waived to the fullest extent permitted by law, the provisions, rights, and benefits of California Civil Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Plaintiffs and Defendants shall expressly, and each of the Settlement Class Members and Released Persons shall be deemed to have, and by operation of the Order and Final Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable or equivalent to California Civil Code §1542. Plaintiffs, Settlement Class Members, and the Released Persons may hereafter discover facts, legal theories, or authorities in addition to or different from those which such party now knows or believes to be true with respect to the subject matter of the Released Claims and the Defendants' Released Claims, but Plaintiffs and Defendants shall expressly, and each Settlement Class Member and Released Person, upon the Effective Date, shall be deemed to have, and by operation of the Order and Final Judgment shall have, fully, finally, and forever settled and released any and all Released Claims, or the Defendants' Released Claims, as the case may be, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. Plaintiffs and Defendants acknowledge, and the Settlement Class Members and Released Persons shall be deemed by operation of the Order and Final Judgment to have

- 8 -

1489961_3

acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release of Unknown Claims is a part.

6. This release shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

7. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

8. I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in Omnicare common stock which are the subject of this claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____ in _____
                                            (Month/Year)                    (City)

_____ .
       (State/Country)

_____
(Sign your name here)

_____
(Type or print your name here)

_____
(Capacity of person(s) signing,
*e.g.*, Beneficial Purchaser,
Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A
SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1. Please sign the above release and declaration.
2. Remember to attach supporting documentation, if available.
3. Do not send original stock certificates.

- 9 -

4. Keep a copy of your Proof of Claim Form for your records.

5. If you desire an acknowledgment of receipt of your Proof of Claim Form, please send it Certified Mail, Return Receipt Requested.

6. If you move, please send your new address to the address below.

**THIS PROOF OF CLAIM FORM MUST BE SUBMITTED ONLINE OR MAILED NO LATER THAN _____, ADDRESSED AS FOLLOWS:**

*Omnicare Securities Settlement*
c/o Gilardi & Co. LLC
Claims Administrator
P.O. Box 30224
College Station, TX 77842-3224
www.OmnicareSecuritiesSettlement.com

1489961_3