# EXHIBIT A-3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

| | |
|---|---|
| INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS PENSION AND WELFARE FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMNICARE, INC., et al.,<br><br>                    Defendants. | Civil Action No. 2:06-cv-00026-WOB-CJS<br>**(Consolidated)**<br><br>CLASS ACTION |

SUMMARY NOTICE

EXHIBIT A-3

1489963_3

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF OMNICARE, INC. ("OMNICARE" OR THE "COMPANY") PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENT AND PROSPECTUS FOR THE COMPANY'S DECEMBER 12, 2005 PUBLIC OFFERING**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of Kentucky, Northern Division, that a hearing will be held on _____, 2019, at \_\_\_:\_\_\_ \_.m., before the Honorable William O. Bertelsman, United States District Judge, at the United States District Court for the Eastern District of Kentucky, Northern Division, 35 W. 5th Street, Covington, KY 41011, for the purpose of determining: (1) whether the proposed Settlement of the Litigation[1] for $20 million should be approved by the Court as fair, reasonable and adequate; (2) whether a Final Judgment and Order of Dismissal with Prejudice should be entered by the Court; (3) whether the Plan of Allocation for the Net Settlement Fund is fair, reasonable and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees and expenses and Plaintiffs' request for an award pursuant to 15 U.S.C. §77z-1(a)(4) in connection with their representation of the Settlement Class should be approved.

IF YOU PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF OMNICARE PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENT AND PROSPECTUS FOR THE COMPANY'S DECEMBER 12, 2005 PUBLIC OFFERING, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION, INCLUDING THE RELEASE OF CLAIMS YOU MAY POSSESS RELATING TO YOUR PURCHASE OR ACQUISITION OF OMNICARE COMMON STOCK PURSUANT AND/OR TRACEABLE TO THE REGISTRATION STATEMENT AND PROSPECTUS FOR THE COMPANY'S DECEMBER 12, 2005 PUBLIC OFFERING. If you have not received a detailed

---

[1] Capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement available at the website www.OmnicareSecuritiesSettlement.com.

Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form, you may obtain copies by writing to *Omnicare Securities Settlement*, c/o Gilardi & Co. LLC, Claims Administrator, P.O. Box 30224, College Station, TX 77842-3224, or on the Internet at www.OmnicareSecuritiesSettlement.com. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail (***postmarked no later than*** _____) or online **no later than** _____, establishing that you are entitled to recovery.

If you purchased or acquired Omnicare common stock pursuant and/or traceable to the Registration Statement and Prospectus for the Company's December 12, 2005 public offering but desire to be excluded from the Settlement Class, you must submit a request for exclusion so that it is ***postmarked no later than*** _____, *2019*, in the manner and form explained in the detailed Notice referred to above. All members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class in the manner set forth in the Notice will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to the Settlement, the Plan of Allocation, Lead Counsel's request for attorneys' fees and expenses, and Plaintiffs' request for an award pursuant to 15 U.S.C. §77z-1(a)(4) in connection with their representation of the Settlement Class must be **received** by each of the following recipients *no later than* _____, *2019*:

> CLERK OF THE COURT
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF KENTUCKY
> NORTHERN DIVISION
> 35 W. 5th Street
> Covington, KY 41011
>
> *Lead Counsel*:
>
> ROBBINS GELLER RUDMAN & DOWD LLP
> HENRY ROSEN
> 655 West Broadway, Suite 1900

- 2 -

1489963_3

San Diego, CA 92101

*Counsel for Defendants:*

WINSTON & STRAWN LLP
JOHN E. SCHREIBER
333 S. Grand Avenue
Los Angeles, CA  90071

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above or visit the website listed above.

DATED: _____          BY ORDER OF THE COURT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF KENTUCKY
　　　　　　　　　　　　　　　　　NORTHERN DIVISION